IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| EDITH MARYONY CERNA MACHADO, (A089842187) and C.J.G.C. (A206794082), | § § § | |
| *Petitioners,* | § § | |
| VS. | § § | CIVIL CASE NO. SA-26-CV-2417-FB |
| JOSE RODRIGUEZ, in his Official Capacity as Warden of the Dilley Immigration Processing Center; SYLVESTER M. ORTEGA, in His Official Capacity as Acting Field Office Director, San Antonio Field Office, Enforcement and Removal Operations, U.S. Immigration & Customs Enforcement; TODD LYONS, in His Official Capacity as Acting Director U.S. Immigration and Customs Enforcement; MARKWAYNE MULLIN, in His Official Capacity as U.S. Secretary of Homeland Security; TODD BLANCHE, in His Official Capacity as Acting U.S. Attorney General; SIRCE E. OWEN, in Her Official Capacity as Acting Director of the Executive Office Immigration Review; U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. IMMIGRATIONS AND CUSTOMS ENFORCEMENT; U.S. DEPARTMENT OF JUSTICE; and U.S. EXECUTIVE OFFICE FOR IMMIGRATION REVIEW, | § § § § § § § § § § § § § § § § § § § § § § | |
| *Respondents*. | § § | |

## <u>ORDER FOR SERVICE AND FURTHER ORDERS OF THE COURT</u>

Before the Court is the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 (ECF No. 1), filed by Petitioners, Edith Maryony Cerna Machado and her son, C.J.G.C., who are currently detained in the Dilley Immigration Processing Center in Dilley, Texas, located in the Western District of Texas.

IT IS HEREBY ORDERED that the District Clerk shall furnish the Office of the United States Attorney in San Antonio, Texas, with copies of the Petition for Writ of Habeas Corpus (ECF No. 1), and this Order. Delivery by certified mail, return receipt requested, of those same documents shall constitute sufficient service of process, unless otherwise contested, on the Federal Respondents. *See* FED. R. CIV.

P. 4(i). Service should be directed to:

Stephanie Rico, the Civil Process Clerk
United States Attorney's Office, Western District of Texas
601 N.W. Loop 410, Suite 600
San Antonio, Texas 78216.

IT IS FURTHER ORDERED that the Clerk of Court shall serve the Respondent, Jose Rodriguez,

Warden, Dilley Immigration Processing Center, with copies of the Petition for Writ of Habeas Corpus

(ECF No. 1), and this Order.  Delivery by certified mail, return receipt requested, shall constitute sufficient

service of process unless otherwise contested.  Service should be directed to:

Jose Rodriguez, Warden
Dilley Immigration Processing Center
300 El Rancho Way
Dilley, TX 78017.

IT IS FURTHER ORDERED that Respondents shall file a response to the Petition within five (5)

days of the date of service.  In preparing their response, if this case concerns, in whole or in part, whether

the Petitioners' detention violates due process, **Respondents must consider the following prior court**

**orders issued in the Western District of Texas addressing this question and others and note any**

**material factual differences:** *Acero v. Thompson*; Case No. 5:26-CV-0673-JKP (ECF No. 8) (W.D. Tex.

Apr. 9, 2026); *Camargo-Barreto v. Bondi*, Case No. 5:26-CV-0659-JKP (ECF No. 7) (W.D. Tex. Apr. 2,

2026); *Vargas-Negrete v. Noem*, Case No. SA-26-CA-00571-XR (ECF No. 9) (W.D. Tex. Mar. 19, 2026)*;

Mendoza v. Noem*, Case No. 5:26-CV-0728-JKP (ECF No. 9) (W.D. Tex. Feb. 26, 2026); *Fernandez v.

Vergara,* Case No. SA-26-CA-00500-XR (ECF No. 8) (W.D. Tex. Feb. 26, 2026); *Martinez v. Noem,* No.

3:25-cv-430-KC, 2025 WL 2965859, at *3-5 (W.D. Tex. Oct. 21, 2025); *Santiago v. Noem*, No.

3:25-cv-361-KC, 2025 WL 2792588, at *10-13 (W.D. Tex. Oct. 2, 2025);  and *Lopez-Arevelo v. Ripa*, 801

F. Supp. 3d 668, 685-87 (W.D. Tex. 2025).  Failure to do so may result in a summary order granting all

relief requested in the petition on that issue other than the request for attorney's fees.  In lieu of a full

response, Respondents may choose to file a response indicating that there are no material factual differences here and preserving all legal arguments made by the Federal Respondents in those cases on the due process and other claims.

IT IS FURTHER ORDERED that, if Petitioners elect to file a reply, Petitioners may do so no later than 7 days after the Respondents file their answers/responses.

IT IS FURTHER ORDERED that **any possible or anticipated transfer of Petitioners Edith Maryony Cerna Machado and her son, C.J.G.C. is IMMEDIATELY STAYED[1] until further order from this Court.  Respondents shall not transfer Petitioners Edith Maryony Cerna Machado and her son C.J.G.C. outside of this judicial district during the pendency of this litigation and until further Order of this Court.**  Of course, this order does not stay this case or any order of removal and/or the removal proceedings and does not preclude Respondents from taking necessary steps to effect Petitioners' removal.  Instead, only the physical transfer of the Petitioners is stayed at this time.

It is so ORDERED.

SIGNED this 14th day of April, 2026.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE

---

[1]  *See Maldonado v. Lyons,* Case No. 5:26-CV-0112-JKP, 2026 WL 196521, at *2 (W.D. Tex. Jan. 20, 2026) (stay of removal and transfer by Court is proper exercise of Court's inherent power to preserve ability to hear case and "address the matters raised in the instant habeas petition").